# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE for GSR MORTGAGE LOAN TRUST 2007-OA2, MORTGAGE PASS - THROUGH CERTIFICATES, SERIES 2007-OA2,

Appellant,

v.

HAMID SALAHUTDIN,

Appellee.

No. 2D2024-1132

———————————————

October 31, 2025

Appeal from the Circuit Court for Hillsborough County; Melissa Mary Polo, Judge.

Philip Reznik of Albertelli Law, Tampa, for Appellant.

Frank C. Miranda of Frank Charles Miranda, P.A., Tampa, for Appellee.

PER CURIAM.

Affirmed.

KELLY, BLACK, and SMITH, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.